IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:19-CR-59 |
| v. | § | Judge JDK/KNM |
| | § | |
| JESUS LOPEZ-CELAYA (01) and | § | |
| OSCAR PAZ-LARA (02) | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 16 2019
BY
DEPUTY_____

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(5)
(Illegal Alien in Possession of a Firearm and Ammunition)

On or about August 28, 2019, in Wood County, Texas, in the Eastern District of Texas, **Jesus Lopez-Celaya** and **Oscar Paz-Lara**, defendants, aided and abetted by each other, each then being an alien illegally and unlawfully in the United States and each knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting interstate commerce, a firearm and ammunition, to wit:

(1) a black, CZ-USA (Ceska Zbrojovka) model 40B, .40 caliber pistol, with a detachable magazine; and

(2) Seventy-two rounds of .40 caliber ammunition,

In violation of 18 U.S.C. §§ 922(g)(5), 924(a)(2), and 2.

## Count Two

<u>Violation</u>: 18 U.S.C. §922(g)(1) (Felon in Possession of Firearm and Ammunition)

On or about August 28, 2019, in Wood County, Texas, in the Eastern District of Texas, the defendant, **Jesus Lopez-Celaya,** did knowingly and unlawfully possess in and affecting interstate and foreign commerce, a firearm, to wit, a black, CZ-USA (Ceska Zbrojovka), model 40B, .40 caliber pistol, with a detachable magazine, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Driving While Intoxicated with Child Under 15 Years of Age, in the County Court at Law, Van Zandt County, in Cause No. FC19-00079, on August 7, 2019,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## <u>NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE</u>
<u>Pursuant to 18 U.S.C. §§ 924(d)(1), 3665 and 28 U.S.C. § 2461(c)</u>

As a result of committing the offense(s) alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. §§ 924(d), 3665, and 28 U.S.C. § 2461(c) all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

(1) Black, CZ-USA (Ceska Zbrojovka) model 40B, .40 caliber pistol, serial number A3677, with a detachable magazine; and
(2) Seventy-two rounds of .40 caliber ammunition.

By virtue of the commission of the offense(s) alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d), 3665, and 28 U.S.C. § 2461(c).

A TRUE BILL

10/16/19
Date

*JK*
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

ALAN R. JACKSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:19-CR- |
| v. | § | Judge _____ |
| | § | |
| JESUS LOPEZ-CELAYA (01) and | § | |
| OSCAR PAZ-LARA (02) | § | |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(5) (Illegal alien in possession of firearm) |
| Penalty: | Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |

### Count Two

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(1) (Felon in possession of firearm) |
| Penalty: | Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |